**LAW OFFICE OF IRENE KARBELASHVILI**
Irene Karbelashvili, State Bar Number 232223
Irakli Karbelashvili, State Bar Number 302971
12 South First Street, Suite 413
San Jose, CA 95113
Telephone: (408) 295-0137
Fax: (408) 295-0142

Attorneys for RACHELLE RIDOLA, Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHELLE RIDOLA,<br><br>                Plaintiff,<br><br>vs.<br><br>VINCENT R. MAESTRI, in his individual and representative capacity as Trustee of THE VINCENT R. MAESTRI SURVIVORS TRUST; CHRISTINE MAESTRI HUTTINGER, an individual; ANGELA MAESTRI CALABRESE, an individual; ROBERT MAESTRI, an individual; E Z 8 MOTELS, INC., a California corporation, d/b/a E-Z8 MOTEL SAN JOSE II; and DOES 1 through 10, inclusive,<br><br>                Defendants | Case No. 16-cv-02526-KAW<br><br>**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AND [PROPOSED] ORDER** |

## STIPULATION

Plaintiff RACHELLE RIDOLA ("Plaintiff") and Defendants E Z 8 MOTELS, INC., a California corporation, d/b/a E-Z8 MOTEL SAN JOSE II; and VINCENT R. MAESTRI, Trustee of the Vincent R. Maestri Survivors Trust; ANGELA MAESTRI CALABRESE, CHRISTINE HUTTINGER, and ROBERT MAESTRI, Trustees of the Barbara A. Maestri Trust; and MICHAEL F. MAESTRI, (erroneously sued as VINCENT R. MAESTRI, in his individual and representative capacity as Trustee of THE VINCENT R. MAESTRI SURVIVORS TRUST; CHRISTINE MAESTRI HUTTINGER, an individual; ANGELA MAESTRI CALABRESE, an individual; ROBERT MAESTRI, an individual (collectively "Defendants"), by and through their respective attorneys of record, stipulate as follows:

1. Plaintiff's complaint in the above-entitled action shall be dismissed with prejudice against Defendants pursuant to F.R.C.P. 41(a).
2. The Court will retain jurisdiction to enforce the terms of the parties SETTLEMENT AGREEMENT AND RELEASE.
3. All parties shall bear their own attorney fees and costs in the action.

Date:  January 10, 2017          By:___/s/Irakli Karbelashvili_____
                                 IRAKLI KARBELASHVILI
                                 Attorney for Plaintiff RACHELLE RIDOLA

Date: January 10, 2017           By: ___/s/ Robert M. Shaughnessy,_____
                                 ROBERT M. SHAUGHNESSY
Attorney for Defendants E Z 8 MOTELS, INC., a California corporation, d/b/a E-Z8 MOTEL SAN JOSE II; and VINCENT R. MAESTRI, Trustee of the Vincent R. Maestri Survivors Trust; ANGELA MAESTRI CALABRESE, CHRISTINE HUTTINGER, and ROBERT MAESTRI, Trustees of the Barbara A. Maestri Trust; and MICHAEL F. MAESTRI, (erroneously sued asVINCENT R. MAESTRI, in  his individual and representative capacity as Trustee of THE VINCENT R. MAESTRI SURVIVORS TRUST; CHRISTINE MAESTRI HUTTINGER, an individual; ANGELA MAESTRI CALABRESE, an individual; ROBERT MAESTRI, an individual)

## FILER'S ATTESTATION

I hereby attest that on, January 10, 2017, I, Irakli Karbelashvili, received the concurrence of Defendants' counsel in filing of this document.

                                 /s/      Irakli Karbelashvili___
                                 IRAKLI KARBELASHVILI

**[PROPOSED] ORDER**

Having reviewed the above stipulation for dismissal by Plaintiff RACHELLE RIDOLA on the one hand and Defendants E Z 8 MOTELS, INC., a California corporation, d/b/a E-Z8 MOTEL SAN JOSE II; and VINCENT R. MAESTRI, Trustee of the Vincent R. Maestri Survivors Trust; ANGELA MAESTRI CALABRESE, CHRISTINE HUTTINGER, and ROBERT MAESTRI, Trustees of the Barbara A. Maestri Trust; and MICHAEL F. MAESTRI, (erroneously sued as VINCENT R. MAESTRI, in his individual and representative capacity as Trustee of THE VINCENT R. MAESTRI SURVIVORS TRUST; CHRISTINE MAESTRI HUTTINGER, an individual; ANGELA MAESTRI CALABRESE, an individual; ROBERT MAESTRI, an individual on the other hand, IT IS HEREBY ORDERED that:

1. This action is dismissed with prejudice against Defendants.
2. The Court will retain jurisdiction to enforce the terms of the parties' SETTLEMENT AGREEMENT AND RELEASE.
3. All parties shall bear their own attorney fees and costs in the action.
4. The court clerk shall close the case file.

Dated: 1/13/2017



United States Magistrate Judge